IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWNBREAN DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY | : | NO.   02-2665 |

## **O R D E R**

AND NOW, this 21st day of April, 2003, after holding a status conference in the above-captioned matter, it is hereby **ORDERED** that:

1. The parties are to complete fact-based discovery by May 21, 2003.

2. I will hold a telephone status conference on May 21, 2003 at 3:30 p.m. The purpose of this telephone conference will be to discuss the status of this matter, and the scheduling of a settlement conference and/or the filing of dispositive motions. Counsel for Plaintiff is to initiate the telephone conference call.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2665**
**TODAY'S DATE**:  April 21, 2003          **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.   Richard A. Veon, Esq. | 215-988-9601 |
| 2.   Jodeen M. Hobbs, Esq. | 215-981-0082 |