IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWNBREAN DAVIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : | NO.   02-2665 |

**O R D E R**

AND NOW, this 27th day of May, 2003, after holding a status conference in the above-captioned matter, it is hereby **ORDERED** that:

(1) Dispositive motions must be filed by July 7, 2003.  Responses to dispositive motions are due August 11, 2003.

(2) The Clerk is directed to remove this case from my docket.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-2665**
**TODAY'S DATE**: May 27, 2003          **LAW CLERK'S INITIALS**: JJK

**NAME**                                 **FAX NUMBER** (Area Code & Number)

1.   Richard A. Veon, Esq.               215-988-9601

2.   Jodeen M. Hobbs, Esq.               215-981-0082