AO 133    (Rev. 9/89) Bill of Costs                                                                APPENDIX R

# UNITED STATES DISTRICT COURT

Eastern          District of      Pennsylvania

Southeastern Pennsylvania
Transportation Authority
V.

Shawnbrean Davis

**BILL OF COSTS**

Case Number: 02-cv-2665

Judgment having been entered in the above entitled action on March 20, 2003 against Shawnbrean Davis,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ _____ |
| Fees for service of summons and subpoena | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 505.70 |
| Fees and disbursements for printing | _____ |
| Fees for witnesses (itemize on reverse side) | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 582.91 |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) | _____ |
| TOTAL | $ 1,288.61 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Marc Gordon, Esquire .

Signature of Attorney: _[signature]_

Name of Attorney: Jodeen M. Hobbs, Esquire

For: Southeastern Pennsylvania Transportation Authority     Date: April 21, 2004
      Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____      By: _____      _____
Clerk of Court                          Deputy Clerk                          Date

IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWNBREAN DAVIS : | CIVIL ACTION |
| v. : | NO.: 02-cv-2665 |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY : | |

**AFFIDAVIT OF JODEEN M. HOBBS, ESQUIRE**
**REGARDING COSTS**

I declare under penalty of perjury that the attached costs are correct and were necessarily incurred in this action.

_____
JODEEN M. HOBBS, ESQUIRE
MILLER, ALFANO & RASPANTI, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400

Dated: April 21, 2004

F:\PBL\JMH\septa.davis\affidavit.jmh.wpd

## SUMMARY OF CHARGES

1.     Total Copying Fees:     $682.91

2.     Total Deposition Fees:     $605.70

    Total Charges:     $1,288.61

## CERTIFICATE OF SERVICE

I, Jodeen M. Hobbs, Esquire, hereby certify that a true and correct of the foregoing Bill of Costs and accompanying Exhibits were served on this date upon the individual and in the manner indicated below:

### VIA FIRST CLASS MAIL

Marc Gordon, Esquire
Gordon & Weinberg, P.C.
21 South 21st Street
Philadelphia, PA 19103

_____
JODEEN M. HOBBS, ESQUIRE

DATED: April 21, 2004