IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SHAWNBREAN DAVIS

Case No.  02-cv-2665
District Court Docket Number

vs.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY

Notice of Appeal Filed 4/21/04
Court Reporter(s)/ESR Operator(s)          - NONE

Filing Fee:
   Notice of Appeal_X_ Paid __Not Paid      __Seaman
   Docket Fee      _X_ Paid __Not Paid      __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending



Defendant's Address (for criminal appeals)

_____
_____
_____


Prepared by : _____
                              Marianne Ratti- 42204
_____
                              Deputy Clerk Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS


notapp.frm