IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWNBREAN DAVIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | **NO. 02-2665** |
| **TRANSPORTATION AUTHORITY** | : | |

## JUDGMENT

_____**AND NOW**, this _____ day of _____, 2006, judgment is hereby entered in favor of defendant Southeastern Pennsylvania Transportation Authority and against plaintiff Shawnbrean Davis in the amount of $656.70.

S/ Michael E. Kunz
**MICHAEL E. KUNZ**
**CLERK OF COURT**